JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERARIN JAHJA,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR., et al.,<br>Respondents. | Case No. 8:26-cv-03209-MBK<br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: November 9, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE